SMITH, Respondent, v. SCOTT, Appellant. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Andrew W. Smith against Sylvester M. Scott. No opinion. Motion to amend return denied, without costs.

SNOWDEN, Appellant, v. TOWN OF SOMERSET, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) Action by Sarah J. Snowden against the town of Somerset. No opinion. Judgment and order affirmed, with costs, on the authority of 52 App. Div. 84, 64 N. Y. Supp. 1088. All concur, except WILLIAMS, J., who dissents.

SPINK, Respondent, v. CORNING, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by George Spink against Anna Corning, impleaded, etc. No opinion. Motion for reargument denied, with $10 costs. See 70 N. Y. Supp. 143.

STANNARD, Respondent, v. WHITESTONE FORGE & CONSTRUCTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by Elbert Stannard against the Whitestone Forge & Construction Company. No opinion. Judgment and order affirmed, with costs.

STEELE, Appellant, v. DIETZ, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) Action by Edward H. Steele against Howard Dietz. No opinion. Motion to dismiss appeal granted, unless appellant pay $10 costs within five days, in which case motion is denied.

STEINWAY et al., Respondents, v. VON BERNUTH, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) Action by Ottilie Marie Steinway and others, by Ottilie C. Recknagel, their guardian ad litem, against Louis von Bernuth, as executor, etc., of George A. Steinway, deceased, and others. PER CURIAM. Motion for leave to appeal to the court of appeals granted, and the respective counsel are directed to appear before Mr. Justice JENKS at the justices' room, on the 6th day of May, at 10 o'clock a. m., to settle the question to be certified to the court of appeals.

STEPHENS, Appellant, v. NEW YORK, O. & W. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) Action by John J. Stephens against the New York, Ontario & Western Railway Company. No opinion. Judgment and order affirmed, with costs. All concur, except LAUGHLIN, J., who dissents.

STEVER, Respondent, v. HUDSON RIVER STONE-SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 9, 1901.) Action by Wallace Stever against the Hudson River Stone-Supply Company. PER CURIAM. Motion granted, with $10 costs, unless defendant by the 1st of July, 1901, procures case to be settled, signed, and filed, and printed case served upon plaintiff's attorney, and pays the $10 costs of this motion.

STONE v. WHITE. (Supreme Court, Appellate Division, Third Department. May 8, 1901.) Action by Harry A. Stone against Lewis B. White. No opinion. Motion granted, unless case is settled and the printed papers on appeal are served on or before August 1, 1901.

STOOTHOFF, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Thomas F. Stoothoff against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.
GOODRICH, P. J., votes in favor of a reduction in the amount of damages.

STOOTHOFF, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) Action v. Thomas F. Stoothoff against the Brooklyn Heights Railroad Company. No opinion. Motion for reargument and for leave to appeal to the court of appeals denied. See 64 N. Y. Supp. 243.

STRAUSS, Respondent, v. UNION CENTRAL LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1901.) Action by Jacob Strauss against the Union Central Life Insurance Company. No opinion. Judgment affirmed, with costs, on the opinion of Mr. Justice GAYNOR at special term. 67 N. Y. Supp. 509.

In re SULLIVAN. (Supreme Court, Appellate Division, Fourth Department. April 30, 1901.) In the matter of the proceedings to disbar Peter M. Sullivan.
PER CURIAM. Ordered that the said Sullivan be, and he is hereby, suspended from the practice of his profession as attorney and counselor at law until the further order of this court.

SWIFT et al. v. BUCHANAN. (Supreme Court, Appellate Division, First Department. May 24, 1901.) Action by Thomas Swift and another against Joseph M. Buchanan. No opinion. Motion denied.

SYRACUSE SOLAR SALT CO., Respondent, v. ROME, W. & O. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 9, 1901.) Action by the Syracuse Solar Salt Company against the Rome, Watertown & Ogdensburg Railroad Company. No opinion. Motion in all things denied, with $10 costs.

In re SYRACUSE & S. B. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 21, 1901.) In the matter of the application of the Syracuse & South Bay Railroad Company to cross certain highways in the town of Cicero. No opinion. Appeal dismissed under general rule 39.